JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

HENRY McGUIRE,                    ) Case No. EDCV 18-2370-JVS (JPR)
                                  )
              Plaintiff,          )
                                  )
        v.                        )         **J U D G M E N T**
                                  )
UNITED STATES OF AMERICA,         )
                                  )
              Defendant.          )
_____   )


        IT IS HEREBY ADJUDGED that this action is dismissed.


DATED: April 12, 2019            _____
                                 JAMES V. SELNA
                                 U.S. DISTRICT JUDGE